**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.  14-24539-CIV-ALTONAGA/O'Sullivan**

**UNITED STATES OF AMERICA**, *ex rel.*
**MIGUEL TURCIOS**, and on behalf of the
**STATE OF FLORIDA**,

       Plaintiff

v.

**DOUGLAS B. SHAPIRO, M.D.**; **CORAL**
**VIEW SURGERY CENTER, LLC**;
**CVSC PARTNERSHIP**, **LLC, COVIMED,**
**INC.**; and **DOUGLAS B. SHAPIRO, M.D., P.A.**,

       Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE came before the Court on Plaintiff's Motion to Voluntarily Dismiss Action Without Prejudice (the "Motion") [ECF No. 13].   Qui tam Plaintiff Miguel Turcios, with the written consent of the United States and the State of Florida, has moved to dismiss this action without prejudice.  Because Defendants have not yet been served the complaint, nor has any Defendant filed an answer or otherwise appeared, Plaintiff has a right under Federal Rule of Civil Procedure 41 to voluntarily dismiss this action, and Plaintiff has complied with the requirements of the False Claims Act and Federal False Claims Act by obtaining written consent of the United States and the State of Florida.  Accordingly,

       **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  All claims and causes of action in this matter are DISMISSED without prejudice and without costs or fees to any party.

CASE NO.  14-24539-CIV-ALTONAGA

**DONE AND ORDERED** in Chambers at Miami, Florida this 1st day of March, 2016.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record